IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:18-CR-199-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| AARON EUGENE RALEY, JR., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal Response To Defense Motion" (Document No. 48) filed November 17, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

In accordance with the Local Rules, the Court has considered the motion to seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's motion contains sensitive and private information that is inappropriate for public access, including medical information.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Seal Response To Defense Motion" (Document No. 48) is **GRANTED**. Document No. 47 and its attachments shall be sealed and remain under seal until otherwise ordered by the Court.

Signed: November 18, 2020

David C. Keesler
United States Magistrate Judge